292

Jimmie Ira BROWN, Appellant, v. UNITED STATES of America.

No. 13862.

United States Court of Appeals
Eighth Circuit.
Nov. 15, 1948.

Jimmie Ira Brown, pro se.

PER CURIAM.
Appeal from District Court dismissed.

Donald Ray CHANEY, Petitioner, v. UNITED STATES of America.

No. 13866.

United States Court of Appeals.
Eighth Circuit.
Nov. 15, 1948.

Donald Ray Chaney, pro se.

PER CURIAM.
Petition for writ of mandamus, etc., denied.

J. E. CAMPBELL et al., Appellants, v. SHELL UNION OIL CORPORATION, Appellee.

No. 12397.

United States Court of Appeals
Fifth Circuit.
Dec. 23, 1948.

Charles D. Bourne, Jr., of Dumas, Tex., for appellants.

Clayton Heare, of Amarillo, Tex., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.
A careful examination of the briefs and record in this case convinces us that the judgment of the lower Court was without error, and the same is hereby affirmed.

William GIBBS, Petitioner, v. Dr. I. L. STEELE, Warden, U. S. Medical Center, Springfield, Missouri.

No. 13864.

United States Court of Appeals
Eighth Circuit.
Nov. 15, 1948.

William Gibbs, pro se.

PER CURIAM.
Prayer for permission to appeal in forma pauperis denied for want of jurisdiction.

Harry Edison HACKWORTH, Petitioner, v. M. J. PESCOR, Warden, U. S. Medical Center, Springfield, Missouri.

Harry Edison HACKWORTH, Petitioner, v. Ivan P. STEELE, Warden, U. S. Medical Center, Springfield, Missouri.

Nos. 13868, 13869.

United States Court of Appeals
Eighth Circuit.
Nov. 15, 1948.

Harry Edison Hackworth, pro se.

PER CURIAM.
Petition for permission to file appeal denied.